IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DWAYNE JAY NORTON,

    Plaintiff,

vs.                                                  CASE NO. 5:07cv151/RS

SERGEANT SMITH, et al,

    Defendants.

_____/

**ORDER**

Before me are the Magistrate Judge's Order, Report and Recommendation (Doc. 5) and Plaintiff's Motion Appealing Report An [sic] Recommendation (Doc. 9), which will be considered as objections. I have reviewed Plaintiff's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Order, Report and Recommendation in adopted and incorporated by reference in this Order.

2. Pursuant to 28 U.S.C. §1915(g), this case is dismissed without prejudice to Plaintiff's filing a new cause of action accompanied by payment of the $350.00 filing fee in its entirety.

3. Plaintiff's "Motion For Granting Leave Of Court To File 42 U.S.C. 1983" (Doc. 3) is denied.

4. The clerk is directed to close the file.

ORDERED on August 9, 2007.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**